**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 21-50172 |
| The Gregory Nathan Gould Co., LLC | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

## <u>SUMMARY SHEET FOR FIRST AND FINAL FEE APPLICATION FOR ALLEN STOVALL NEUMAN & ASHTON LLP AS ATTORNEYS FOR THE DEBTOR</u>

NAME OF APPLICANT:          Allen Stovall Neuman & Ashton LLP

TIME PERIOD:                       January 20, 2021, through January 31, 2022

ROLE IN CASE:                     Attorneys for Debtor and Debtor in Possession

FEES/EXPENSES REQUESTED:          Total Fees: $24,095.50
                                                         Total Expenses: $4,385.04

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 21-50172 |
| The Gregory Nathan Gould Co., LLC | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

## FIRST AND FINAL FEE APPLICATION FOR ALLEN STOVALL NEUMAN & ASHTON LLP AS ATTORNEYS FOR THE DEBTOR

Allen Stovall Neuman & Ashton LLP ("ASNA"), as attorneys for The Gregory Nathan Gould Co., LLC, debtor and debtor in possession (the "Debtor"), submits this first and final application (the "Application") under 11 U.S.C. § 330 for an award of compensation and expenses for the period of January 20, 2021, through January 31, 2022 (the "Retention Period").

After making significant adjustments, ASNA requests an award of compensation of $24,095.50 and reimbursement of expenses of $4,385.04, respectively, for services rendered and expenses incurred during the Retention Period. By this Application, ASNA requests that the Court approve and allow the compensation and reimbursement by Debtor to ASNA, totaling $28,480.54 during the Retention Period. Finally, ASNA requests that the award of compensation be accorded the priority due it under 11 U.S.C. § 503(b).

Respectfully submitted,

/s/ James A. Coutinho
Richard K. Stovall      (0029978)
James A. Coutinho      (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High St., Suite 1220
Columbus, Ohio 43215
T: (614) 221-8500      F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
*Counsel for the Debtor/Debtor in Possession*

2

## <u>MEMORANDUM IN SUPPORT</u>

1.　　　On January 19, 2021 (the "Petition Date"), Debtor filed with the Court its voluntary petition for relief under chapter 11 and from that date has operated as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.　　　On January 25, 2021, ASNA filed an application for approval of its role as counsel for the Debtor (Doc. 25). That initial motion was denied on February 3, 2021 (Doc. 30), for noncompliance with rules. The corrected application was filed on February 11, 2021 (Doc. 38).

3.　　　On May 10, 2021, this Court entered its *Order Granting Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtor and Debtor in Possession* (the "Retention Order") (Doc. 68), granting Debtor's application to employ ASNA as attorneys for Debtor in this case effective as of the Petition Date. A copy of the Retention Order is attached hereto as **Exhibit A** and made a part hereof.

4.　　　Subsequent to the Petition Date, ASNA and the Debtor agreed that, to place the Debtor on more stable financial footing and in a posture for confirmation, ASNA would postpone its receipt of payment of any fees and expenses incurred during the Retention Period until after confirmation of a plan. In addition, as set forth in the original employment application, ASNA provided services at reduced hourly rates from its standard rates and made additional discounts at the time of billing.

5.　　　The Debtor filed its *Second Amended Plan of Reorganization* on October 19. 2021 (the "Plan") (Doc. 99), and an order confirming the Plan was entered on February 3, 2022 (Doc. 118).

6.　　　ASNA represents that as attorneys for the Debtor, it has performed all necessary services required by Debtor during the Retention Period.

7.       The following is a summary of the billings for the Retention Period by attorney during the Retention Period, including a summary of the discounts provided to the Debtor based on the reduction in hourly rates by ASNA:

| Name | Hours | Standard Billing Rate | Billing Rate Charged | Total Charge[1] | Total Discount |
|---|---|---|---|---|---|
| Thomas R. Allen Partner | 1.40 | $475.00 | $425.00 | $595.00 | $70.00 |
| Richard K. Stovall Partner | 21.40 | $425.00 | $390.00 | $7,944.50 | $1,150.50 |
| James A. Coutinho Partner | 64.40 | $350.00 | $200.00[2] | $12,432.00 | $10,108.00 |
| Bradley Hemmer Associate | 7.80 | $225.00 | $200.00 | $1,755.00 | $455.00 |
| Matthew Zofchak Associate | 8.40 | $275.00 | $240.00 | $1,824.00 | $486.00 |
| Totals | 103.40 | | | $24,095.50 | $12,269.50 |

8.       ASNA has categorized the services it performed on behalf of Debtor into separate billing categories. During the Retention Period, ASNA expended a total of 103.40 hours, which time was recorded under separate billing categories. The composite hourly rate is $233.03.

9.       Attached as Exhibits B-1 through B-9 are copies of the ASNA invoices for the Retention Period. As described above and pursuant to the Debtor's Plan, ASNA did not issue such invoices to the Debtor during the Retention Period given its intended pay structure on a go-forward basis after the effective date of the Plan. The ASNA invoices describe the specific work performed under each separate billing category and the number of hours worked by each professional during

[1] Due to regular adjustments in certain billing entries to compensate for the value of services or services that may have been duplicative, additional adjustments were made at the time of billing that further reduce the total charge from the standard hours multiplied by the rate. For example, Mr. Stovall's 21.40 hours at the rate of $390.00 per hour would actually be $8,346.00, but additional reductions made the charge $7,944.50.

[2] In order to keep within the attorney fee budget that the Debtor anticipated at the time of filing its Plan and to assist in facilitating a confirmable plan capable of being consummated by the Debtor on a post-confirmation basis, Attorney Coutinho volunteered to reduce his hourly rate to $200.00 per hour instead of charging the anticipated rate of $325.00 per hour (previously disclosed and authorized by the Court; see Doc. Nos. 38 and 68).

4

the Retention Period. The categorization of the expenses for which ASNA seeks reimbursement, as reflected in the invoices, is also described on Exhibit B-1. ASNA does not hold any retainer.

10.     To assist this Court and other interested parties in considering this Application, the following is a summary of the primary services performed by ASNA as attorneys for Debtor during the Retention Period:

### a.     Case Administration (Matter No. 1)

Categorized in Matter No. 1 are a number of services which have been identified as necessary and essential case administrative services. These matters include, without limitation, meetings with Debtor to discuss general chapter 11 administrative matters, United States Trustee's requirements, business operations, discussions concerning case disposition and exit strategies, discussions with counsel for certain secured creditors, the Subchapter V Trustee and other third parties, and miscellaneous matters relating to this chapter 11 case. ASNA's services were necessary to continue the effective operations of the Debtor.

| Hours Spent During Retention Period: 7.30 | Charge: $1,853.00 | Composite Rate: $253.54 |
|---|---|---|

### b.     Hearings, IDI and 341 (Matter No. 2)

Matter No. 2 was established to capture those services rendered by ASNA on behalf of the Debtor and the estate relative to the preparation for and participation in various hearings and meetings required by the debtor (except for first day matters). The hearings and meetings included the initial debtor interview conducted by the United States Trustee, the § 341 Meeting of Creditors, the § 1181(c) status conference, and the confirmation hearing. It was necessary for counsel to prepare for these matters in order to make the appropriate presentations on behalf of the Debtor and achieve success at those hearings and meetings.

| Hours Spent During Retention Period: 11.20 | Charge: $2,753.00 | Composite Rate: $245.80 |
|---|---|---|

### c.    Professional Retention and Fees (Matter No. 3)

Matter No. 3 was established to capture those services rendered by ASNA on behalf of the Debtor and the estate relative to the employment of professionals and any fee applications for them. The only services necessary in this matter was less than an hour used to finalize the ASNA employment application and order. No other professionals were employed and no fee applications or statements were issued during the Retention Period.

| Hours Spent During Retention Period: 0.80 | Charge: $198.00 | Composite Rate: $247.50 |
|---|---|---|

### d.    Stay Relief & Adequate Protection (Matter No. 4)

Matter No. 4 was established to capture those services rendered by ASNA on behalf of the Debtor and the estate relative to relief from stay requests and adequate protection matters. In particular, the Debtor made an early agreement with The Huntington National Bank to provide adequate protection payments. ASNA negotiated the adequate protection payment, prepared a motion to obtain approval of those payments, and prepared an order for the same. Without these services, Huntington may have had a basis for stay relief which may have jeopardized the Debtor's reorganization.

| Hours Spent During Retention Period: 2.80 | Charge: $652.00 | Composite Rate: $232.86 |
|---|---|---|

### e.    Claims (Matter No. 5)

Matter No. 5 was established to capture those services rendered by ASNA on behalf of Debtor and the estate relative to the evaluation, potential objections to, and general administration of proofs of claims filed by creditors. In this case, ASNA was required to review the various claims filed in the case to ensure they were proper, and analyze each of them in the development of the Plan. In addition, due to the large number of undersecured creditors, ASNA also prepared a motion under Rule 3012 to value the Debtor's collateral and set various creditor claims as fully unsecured,

6

allowing the Debtor to drastically simplify the classification of claims under the Plan. This category also includes time spent communicating with various creditors and their counsel.

| Hours Spent During Retention Period: 6.50 | Charge: $1,834.50 | Composite Rate: $282.23 |
|---|---|---|

     f.    <u>Plan/Disclosure Statement</u> (Matter No. 6)

Matter No. 6 was established to capture those services rendered by ASNA on behalf of Debtor and the estate relative to the planning for and preparation of the Plan, solicitation of the Plan, and confirmation matters (other than the confirmation hearing charged under matter 2). This is the largest category of services by ASNA because the development of a chapter 11 plan is a complex and time-consuming matter. In addition, because this case was one of the first Subchapter V cases in this District, the Plan required careful consideration of the new sections of the Bankruptcy Code. The ASNA attorneys worked with the Debtor to prepare the classification and treatment of claims, work through projections of the Debtor's anticipated income and expenses, and provide sufficient information for creditors to decide on how to vote the Plan. This category also includes administrative matters related to the Plan, such as serving notices of the confirmation hearing, soliciting creditors, and tabulating ballots. Finally, this category includes time spent by ASNA in communicating with the the Subchapter V Trustee, UST, creditors and Court regarding various concerns related to the Plan and making revisions to amend and resubmit the Plan.

| Hours Spent During Retention Period: 43.60 | Charge: $9,783.00 | Composite Rate: $224.38 |
|---|---|---|

     g.    **Lease Matters (Matter No. 7)**

Matter No. 7 was established to capture those services rendered by ASNA on behalf of Debtor and the estate relative to the Debtor's real property leases. This category includes work related to rejecting a pre-petition lease of the Debtor as of the Petition Date and the preparation of a motion and order to permit the Debtor to enter into a lease for a new studio location. That service

included the negotiation of the new lease terms and communicating with the Subchapter V Trustee, the UST, counsel for the Huntington and other creditors regarding any concerns they had related to the new lease.

| Hours Spent During Retention Period: 17.40 | Charge: $4,093.00 | Composite Rate: $235.23 |
| --- | --- | --- |

**h.      Operating Reports (Matter No. 8)**

Matter No. 8 was established to capture those services rendered by ASNA on behalf of Debtor and the estate relative to the filing of monthly operating reports. Included in this category are those services rendered by ASNA related to the preparation and filing of such monthly operating reports with the Court.

| Hours Spent During Retention Period: 8.20 | Charge: $1,697.00 | Composite Rate: $206.95 |
| --- | --- | --- |

**i.      Filing and First Day Matters (Matter No. 0)**

Matter No. 9 was established to capture those services rendered by ASNA on behalf of Debtor and the estate relative to the initial work to be completed in the filing of this case, completing preparation of first day motions and other filings, coordinating with parties relative to the filing and first day matters, and representation of the Debtor at the first day hearing.

| Hours Spent During Retention Period: 5.60 | Charge: $1,232.00 | Composite Rate: $220.00 |
| --- | --- | --- |

**APPLICABLE STANDARD**

11.      Pursuant to 11 U.S.C. § 330, a court may award compensation to professionals retained under 11 U.S.C. § 327, in the form of "reasonable compensation for actual, necessary services rendered [by such professional]." 11 U.S.C. § 330(a)(1)(A). The United States Court of Appeals for the Sixth Circuit set forth numerous factors to be considered in determining fee awards in the landmark case of *Cle-Ware Industries, Inc. v. Sokolsky*, 493 F.2d 863 (6th Cir. 1974), *cert.*

*denied*, 419 U.S. 829 (1974). Those factors include:

1.  The amount of work done;
2.  The novelty and difficulty of the questions involved;
3.  The skill requisite to perform the legal service properly;
4.  The results accomplished;
5.  The amount involved in connection with the services rendered;
6.  The size of the estate;
7.  The length of time consumed; and
8.  Contingency or certainty of compensation.

*Id.* at 869. Courts applying these factors focus "on the result achieved and the benefit obtained for the estate." *In re Cardinal Indus., Inc.* 151 B.R. 843, 847 (Bankr. S.D. Ohio 1993).

12.     ASNA seeks the allowance and approval of compensation for legal services rendered for and on behalf of the Debtor during the Retention Period. ASNA's rates are substantially lower than the rates typically charged by ASNA in other chapter 11 cases.[3] A summary of said fees is attached hereto as <u>Exhibit C</u>. Through its efforts, ASNA accomplished the goals of the Debtor, bringing it through a successful confirmation hearing to obtain approval of the Plan (which is one of the first to be confirmed in this District under the new Subchapter V). Based on ASNA's efforts, the Debtor will be able to continue its operations through a successful reorganization. Accordingly, ASNA submits that based upon a review of the above factors, the compensation requested herein represents reasonable compensation for actual, necessary services rendered, given the complexity and size of this chapter 11 case.

13.     11 U.S.C. § 330(a)(1)(B) further authorizes "reimbursement for actual, necessary expenses" incurred by retained professionals. "Once documented, 'actual and necessary expenses' are automatically reimbursable." *In re Liberal Market, Inc.*, 24 B.R. 653, 658 (Bankr. S.D. Ohio

---

[3] As previously mentioned, ASNA voluntarily reduced its fees in this case in order to assist the Debtor in facilitating a feasible and confirmable plan, capable of being consummated by the Debtor on a post-confirmation basis. The fees charged the Debtor and sought to be awarded through this Application are not indicative of the standard rates charged other clients of ASNA including, without limitation, other chapter 11 debtors. This reduction was also in part due to the fact that this was the second chapter 11 case by the Debtor for which ASNA had been compensated.

1982).

14.     ASNA seeks approval and reimbursement of the expenses incurred in rendering services during the Retention Period and submits that all expenses incurred were "actual and necessary." Generally, the expenses were for the filing fee for this case, service of motions and other documents to creditors and parties and interest, and research matters. A summary of these expenses is included in Exhibit C, which is attached hereto.

## CONCLUSION

**WHEREFORE**, ASNA respectfully requests that the Court enter an Order (i) allowing compensation and expense reimbursement in favor of ASNA for services rendered during the Retention Period in the amounts of $24,095.50 and $4,385.04, respectively, for a total award of $28,480.54, (ii) determining that the award of compensation and reimbursement to ASNA be accorded the priority due it under 11 U.S.C. § 503(b), (iii) permitting the Debtor to make payments to ASNA in accordance with the Plan, and (iv) granting such other relief as this Court deems just and proper. A proposed order is attached hereto as Exhibit D.

Respectfully submitted,

/s/ James A. Coutinho
Richard K. Stovall      (0029978)
James A. Coutinho      (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High St., Suite 1220
Columbus, Ohio 43215
T: (614) 221-8500      F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
*Counsel for the Debtor/Debtor in Possession*

## CERTIFICATION OF COMPLIANCE WITH GUIDELINES

I, James A. Coutinho, hereby certify that I have read the foregoing *First and Final Fee Application for Allen Stovall Neuman & Ashton LLP as Attorneys for the Debtor* (the "Application"). To the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought by this Application conforms with the Guidelines for Compensation and Expense Reimbursement of Professionals promulgated by the United States Bankruptcy Court for the Southern District of Ohio, and the compensation and expense reimbursement requested is billed at rates and in accordance with practices no less favorable to Debtor's estate than those customarily employed by ASNA generally.

Respectfully submitted,

/s/ James A. Coutinho
Richard K. Stovall     (0029978)
James A. Coutinho     (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High St., Suite 1220
Columbus, Ohio 43215
T: (614) 221-8500     F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
*Counsel for the Debtor/Debtor in Possession*

## <u>NOTICE OF FIRST AND FINAL FEE APPLICATION FOR ALLEN STOVALL<br>NEUMAN & ASHTON LLP AS ATTORNEYS FOR THE DEBTOR</u>

1.  Name of Applicant:  Allen Stovall Neuman & Ashton LLP

2.  Type of Services Rendered: Counsel for Debtor and Debtor in Possession, for the period of January 20, 2021 through January 31, 2022.

3.  Date of Filing of Petition under Chapter 11 of the Bankruptcy Code:  January 20, 2021.

4.  Date of Entry of Order Approving Applicant's Employment:  May 20, 2021.

5.  Date of Filing of last Fee and/or Expense Application:  This is Applicant's first and final fee application.

6.  **TOTAL FEES REQUESTED BY THIS APPLICATION**:  $24,095.50

7.  **TOTAL EXPENSE REIMBURSEMENT REQUESTED BY THIS APPLICATION**:  $4,385.04

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Application, then on or before **twenty-one (21) days after the date set forth on the Certificate of Service**, you must file with the Court a response explaining your position by mailing your response by regular U.S. mail to U.S. Bankruptcy Court, Southern District of Ohio, Columbus Divisional Offices, 170 North High Street, Columbus, Ohio 43215 OR your attorney must file a response using the Court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by (1) the Court's ECF System or (2) regular U.S. mail to James A. Coutinho, Allen Stovall Neuman & Ashton LLP, 17 South High Street, Suite 1220, Columbus, Ohio 43215.

**A response must be filed and served within twenty-one (21) days after the date set forth on the Certificate of Service of this Notice.  Unless an objection to the Application is timely filed, the Court may grant the relief requested without further notice in accordance with Local Bankruptcy Rule 9013-1.**

Respectfully submitted,

/s/ James A. Coutinho
James A. Coutinho     (0082430)

12

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: May 10, 2021**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 21-50172 |
| The Gregory Nathan Gould Co., LLC | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

## ORDER GRANTING APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION (DOC. 38)

This matter is before the Court upon the *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtor and Debtor in Possession* (the "Application") (Doc. 38). Through the Application, The Gregory Nathan Gould Co., LLC, the debtor and debtor in possession (the "Debtor"), seeks to employ the law firm of Allen Stovall Neuman & Ashton LLP ("ASN&A") as bankruptcy counsel to the Debtor.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured lienholders, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

2

Based upon the matters contained in the Application, and the Affidavit of James A. Coutinho attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of ASN&A as bankruptcy counsel to the Debtor should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1.      The employment of ASN&A as counsel to the Debtor is approved effective as of January 19, 2021, on the terms and conditions set forth in the Application.

2.      ASN&A is permitted to be paid from its retainer eighty-five percent (85%) of its fees and services and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon submission by ASN&A to Debtor of an itemized statement detailing the services performed and expenses incurred in connection with its representation of Debtor. ASN&A will file a summary of such statement with the Court and will serve a copy upon the United States Trustee and the subchapter V trustee. All monthly payments received by ASN&A will be subject to repayment and to final approval by the Court upon the filing of ASN&A's interim and final fee applications.

IT IS SO ORDERED.

SUBMITTED BY:

 /s/ James A. Coutinho
Richard K. Stovall      (0029978)
James A. Coutinho      (0082430)
Matthew M. Zofchak   (0096279)
Allen Stovall Neuman & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH  43215
T: (614) 221-8500      F: (614) 221-5988
stovall@ASNAlaw.com; coutinho@ASNAlaw.com
zofchak@ASNAlaw.com

3

*Proposed Counsel for Debtor/Debtor in Possession*

Copies to Default List Plus Top 20.

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**The Gregory Nathan Gould Co., LLC**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-001
Invoice  #:      43319

Re:    Case Administration
       **Invoice for Legal Services**

**Balance Now Due:   $6,238.04**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-21-21 | Email to UST and Subchapter V trustee regarding filing of case and connecting for overview. | 0.10 | $20.00 | JIM |
| Jan-25-21 | Reviewed Operating Instructions and Reporting Requirement documentation provided by U.S. trustee and prepared list of required documents and information for Initial Debtor Interview. | 0.80 | $192.00 | MZ20 |
| Jan-27-21 | Reviewed and responded to email from client regarding insurance and DIP account. | 0.10 | $20.00 | JIM |
| Jan-28-21 | Telephone conference with Mr. Mallory, Subchapter V Trustee, regarding case overview, wage motion, and budgeting. | 0.30 | $60.00 | JIM |
|  | Confer with client regarding DIP account issues. | 0.10 | $20.00 | JIM |
| Jan-29-21 | Reviewed and responded to e-mail correspondence from client regarding independent contractor pay for February. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

EXHIBIT B-1

Page 2 of 6

| | | | | |
|---|---|---|---|---|
| Feb-03-21 | Review draft operating budget and comments to co-counsel. | 0.30 | $117.00 | RS |
| Feb-09-21 | Preparing schedules and statement of financial affairs. | 0.80 | $160.00 | JIM |
| | Prepared email correspondence to UST and SubV Trustee regarding bank statements. | 0.10 | $20.00 | JIM |
| Feb-16-21 | Receipt and review of order setting bar date and email to Mr. Zofchak and Mrs. Doan regarding service of same. | 0.10 | $20.00 | JIM |
| Feb-22-21 | Prepared email correspondence to client regarding obtaining proof of insurance. | 0.10 | $20.00 | JIM |
| Feb-24-21 | Confer with client regarding budget items, computer repair, and DIP account. | 0.10 | $20.00 | JIM |
| | Telephone conference with Mr. Morrison regarding documentation of insurance coverage for Huntington. | 0.10 | $20.00 | JIM |
| Feb-26-21 | Additional attention to obtaining insurance certificate for Huntington. | 0.10 | $20.00 | JIM |
| Mar-04-21 | Prepared Motion to permit deposit for Subchapter V trustee fees. | 0.70 | $140.00 | JIM |
| | Prepared email correspondence to Mr. Mallory and Mr. Flannery regarding overview of case updates. | 0.10 | $20.00 | JIM |
| | Prepare amendments to schedules. | 0.40 | $80.00 | JIM |
| | Review draft of motion to permit deposit of Sub V trustee fee. | 0.20 | $78.00 | RS |
| Mar-08-21 | Telephone conference with client to discuss operating report, amended schedules, and DIP account. | 0.10 | $20.00 | JIM |
| | Finalized amendments to schedules and SOFA. | 0.30 | $60.00 | JIM |
| Mar-17-21 | Telephone conference with client regarding DIP account, plan budget, and payments to be made to creditors. | 0.30 | $60.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-20-21 | Reviewed and responded to email from Mr. Mallory regarding status of negotiations with Huntington and DIP account matters. | 0.10 | $20.00 | JIM |
| Mar-22-21 | Reviewed and responded to email from Mr. Pfriem regarding status of DIP accounts. | 0.10 | $20.00 | JIM |
| | Final review of motion for deposit of Sub V trustee fees. | 0.20 | $78.00 | RS |
| Mar-24-21 | Reviewed and responded to email from Mr. Mallory regarding questions on operating report. | 0.10 | $20.00 | JIM |
| Jun-03-21 | Revised and Finalized Order Granting Motion to Pay SubV Trustee. | 0.10 | $20.00 | JIM |
| Aug-10-21 | Correspondence with Mr. Tasozen at Atash/Funding Zone regarding its claim. | 0.10 | $39.00 | RS |
| Aug-26-21 | Review/revise amended Sub V plan and comments to Mr. Coutinho. | 1.10 | $429.00 | RS |
| Nov-04-21 | Reviewed and responded to e-mail correspondence from Mr. Gould regarding payment of various administrative expenses. | 0.10 | $20.00 | JIM |
| Nov-05-21 | Exchanged e-mail correspondence with Ms. Feick regarding outstanding payments to Huntington and Trustee. | 0.10 | $20.00 | JIM |
| | Total Hours and Fees: | 7.30 | $1,853.00 | |

## DISBURSEMENT AND EXPENSE DETAIL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Jan-21-21 | Photocopies | 11.10 |
| | Postage | 18.50 |
| | Postage | 63.00 |
| Jan-25-21 | Photocopies | 0.60 |
| | Photocopies | 76.50 |

|            |              |          |
|------------|--------------|----------|
|            | Photocopies  | 0.15     |
|            | Postage      | 30.71    |
| Jan-27-21  | Filing Fee   | 1,738.00 |
| Feb-05-21  | Photocopies  | 27.00    |
|            | Postage      | 15.30    |
| Feb-11-21  | Photocopies  | 58.05    |
|            | Postage      | 21.30    |
| Feb-16-21  | Photocopies  | 18.45    |
|            | Photocopies  | 0.15     |
|            | Postage      | 20.50    |
| Feb-22-21  | Photocopies  | 174.15   |
|            | Postage      | 60.20    |
| Mar-08-21  | Photocopies  | 90.00    |
|            | Postage      | 28.40    |
| Mar-22-21  | Photocopies  | 216.00   |
|            | Postage      | 64.00    |
| Mar-25-21  | Photocopies  | 184.80   |
|            | Postage      | 61.60    |
| May-03-21  | Photocopies  | 72.00    |
|            | Postage      | 28.40    |
| May-04-21  | Photocopies  | 1.35     |
| May-10-21  | Photocopies  | 174.15   |
|            | Postage      | 46.00    |
| May-13-21  | Photocopies  | 72.00    |
|            | Postage      | 28.40    |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | |
|---|---|---:|
| May-25-21 | Photocopies | 128.25 |
| | Postage | 31.95 |
| Jun-30-21 | Photocopies | 128.25 |
| | Postage | 63.00 |
| Jul-01-21 | Photocopies | 180.60 |
| | Postage | 60.20 |
| Jul-02-21 | Computerized research | 5.14 |
| Aug-11-21 | Photocopies | 0.45 |
| | Postage | 0.51 |
| Sep-02-21 | Computerized research | 34.59 |
| Sep-08-21 | Photocopies | 2.85 |
| | Photocopies | 3.45 |
| | Postage | 49.68 |
| Sep-27-21 | Computerized research | 83.07 |
| Oct-25-21 | Photocopies | 33.90 |
| Nov-05-21 | Photocopies | 8.55 |
| | Postage | 49.68 |
| Dec-27-21 | Photocopy Expense | 120.16 |
| | Totals | $4,385.04 |
| | **Total Fee & Disbursements** | **$6,238.04** |
| | **Balance Now Due** | **$6,238.04** |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

EXHIBIT B-1
Page 6 of 6

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|--------|--|-------|------|-------|
| JIM | James A. Coutinho | 4.60 | $200.00 | 920.00 |
| RS | Richard K. Stovall | 1.90 | $390.00 | 741.00 |
| MZ20 | Matt Zofchak | 0.80 | $240.00 | 192.00 |

Tax ID Number:      20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-002
Invoice  #:      43320

Re:    Hearings, IDI, and 341
**Invoice for Legal Services**

**Balance Now Due:   $2,753.00**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-22-21 | Correspondence with counsel and UST office regarding IDI matters. | 0.10 | $39.00 | RS |
| Jan-23-21 | Reviewed and responded to email from Mr. Pfriem regarding scheduling IDI and 341. | 0.10 | $20.00 | JIM |
| | Prepared email correspondence to client regarding collection of information for IDI. | 0.10 | $20.00 | JIM |
| Jan-25-21 | Correspondence to UST and Sub-V Trustee and client regarding IDI meeting. | 0.20 | $78.00 | RS |
| Feb-04-21 | Prepare documentation and information for Initial Debtor Interview. | 1.00 | $200.00 | JIM |
| Feb-05-21 | Prepare for initial debtor interview and represent client during initial debtor interview. | 1.30 | $260.00 | JIM |
| Feb-09-21 | Exchanged email correspondence with UST and counsel regarding upcoming 341 Meeting. | 0.10 | $20.00 | JIM |
| Feb-10-21 | Preparation for 341 meeting and call to client regarding same. | 0.40 | $80.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

| | | | | |
|---|---|---|---|---|
| | Multiple emails with UST counsel regarding upcoming 341 meeting. | 0.20 | $40.00 | JIM |
| | Represent client in 341 Meeting of Creditors. | 1.10 | $220.00 | JIM |
| | Call with client after meeting of creditors regarding outcome of meeting and next steps. | 0.10 | $20.00 | JIM |
| | Office conference with Mr. Stovall after meeting of creditors regarding outcome of meeting and next steps. | 0.10 | $20.00 | JIM |
| Mar-02-21 | Reviewed and responded to e-mail correspondence from Mr. Mallory regarding upcoming status conference. | 0.10 | $20.00 | JIM |
| Mar-04-21 | Prepared section 1188 report to court. | 0.80 | $160.00 | JIM |
| | Review draft of 1188 report to court. | 0.20 | $78.00 | RS |
| Mar-09-21 | Office conference with Mr. Stovall ahead of status conference to discuss case. | 0.10 | $20.00 | JIM |
| | Represent Debtor in section 1188(c) status conference with Court. | 1.10 | $220.00 | JIM |
| | Office conference with Mr. Stovall to discuss results of status conference. | 0.10 | $20.00 | JIM |
| Mar-20-21 | Prepared Order Continuing Status Conference. | 0.20 | $40.00 | JIM |
| Jun-24-21 | Prepared e-mail correspondence to Mr. Mallory and Mr. Morrison regarding continuation of confirmation hearing. | 0.10 | $20.00 | JIM |
| Jun-28-21 | Prepared e-mail correspondence to Mr. Hemmer regarding preparation of motion to continue confirmation hearing. | 0.20 | $40.00 | JIM |
| | Exchanged e-mail correspondence with Mr. Stovall regarding timing of confirmation hearing and motion to approve lease. | 0.10 | $20.00 | JIM |
| Jun-29-21 | Revised Motion to Continue Confirmation Hearing and Proposed Order on Continuance Motion. | 0.30 | $60.00 | JIM |
| | Telephone conference with Mr. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

EXHIBIT B-2
Page 3 of 4

| | | | | |
|---|---|---|---|---|
| | Stovall regarding continuance of confirmation hearing. | | | |
| | Correspondence with Mr. Mallory regarding continuance of confirmation hearing. | 0.10 | $39.00 | RS |
| | Work on revisions to motion to continue confirmation/schedule hearing and to proposed order; comments to Mr. Coutinho. | 0.50 | $195.00 | RS |
| | Telephone conference with Ms. Huber counsel for The Plain Township regarding continuance of confirmation hearing. | 0.10 | $39.00 | RS |
| | Drafted motion to continue confirmation hearing. | 0.70 | $140.00 | BH20 |
| Jun-30-21 | Final edits/revisions to Motion to Continue Confirmation hearing; edits to proposed order. | 0.20 | $78.00 | RS |
| Jul-01-21 | Review/revise order continuing confirmation hearing. | 0.20 | $78.00 | RS |
| | Telephone conference with chambers regarding confirmation hearing and denial of motion to continue. | 0.10 | $39.00 | RS |
| | Correspondence with Mr. Mallory regarding confirmation hearing, balloting and continuance issues. | 0.20 | $78.00 | RS |
| Jul-06-21 | Reviewed and responded to e-mail correspondence from chambers regarding upcoming confirmation hearing. | 0.10 | $20.00 | JIM |
| Oct-25-21 | Conference call with court staff and Mr. Mackey regarding continued conference hearing and protocols. | 0.20 | $78.00 | RS |
| Oct-26-21 | Attend confirmation hearing to continue and resolution on second amended plan. | 0.60 | $234.00 | RS |
| | Total Hours and Fees: | 11.20 | $2,753.00 | |
| | **Balance Now Due** | | **$2,753.00** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| JIM | James A. Coutinho | 7.80 | $200.00 | 1,560.00 |
| RS | Richard K. Stovall | 2.70 | $390.00 | 1,053.00 |
| BH20 | Bradley Hemmer | 0.70 | $200.00 | 140.00 |

Tax ID Number:        20-0108058

EXHIBIT B-3
Page 1 of 2

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-003
Invoice  #:      43321

Re:  Professional Retention and Fees
     **Invoice for Legal Services**

**Balance Now Due:   $198.00**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-21-21 | Review revisions to application to employ counsel. | 0.20 | $78.00 | RS |
| Jan-23-21 | Revise and finalize application to employ ASNA and proposed order. | 0.30 | $60.00 | JIM |
| Jan-25-21 | Work on determining appropriate service list for application to employ attorneys and confer with Mrs. Doan regarding same. | 0.20 | $40.00 | JIM |
| Mar-05-21 | Finalized order granting application to employ ASNA. | 0.10 | $20.00 | JIM |
| | Total Hours and Fees: | 0.80 | $198.00 | |
| | **Balance Now Due** | | **$198.00** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

---

17 South High Street, Suite 1220, Columbus, Ohio 43215  ~  T: 614.221.8500  ~  F: 614.221.5988  ~  www.ASNAlaw.com

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| JIM | James A. Coutinho | 0.60 | $200.00 | 120.00 |
| RS | Richard K. Stovall | 0.20 | $390.00 | 78.00 |

Tax ID Number:     20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:   2946-004
Invoice  #:      43322

Re:   Stay Relief/Adequate Protection
**Invoice for Legal Services**

**Balance Now Due:   $652.00**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-28-21 | Prepared e-mail correspondence to Mr. Morrison, counsel for Huntington, regarding filing of chapter 11, adequate protection, and DIP account. | 0.10 | $20.00 | JIM |
| Feb-09-21 | Prepared email correspondence to Mr. Morrison regarding adequate protection motion. | 0.10 | $20.00 | JIM |
| Feb-12-21 | Reviewed and responded to email from Mr. Mallory regarding Huntington position on valuation. | 0.10 | $20.00 | JIM |
| Feb-21-21 | Prepared Joint Motion to Approve Adequate Protection Payments and Proposed Order. | 0.60 | $120.00 | JIM |
| | Prepared email correspondence to Mr. Morrison regarding AP motion to Huntington. | 0.10 | $20.00 | JIM |
| Mar-04-21 | Review joint motion and order for adequate protection to HNB. | 0.20 | $78.00 | RS |
| Mar-09-21 | Exchanged e-mail correspondence with Mr. Morrison and Mr. Mallory regarding adequate protection proposal for Huntington. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Mar-15-21 | Reviewed and responded to email from Mr. Morrison regarding Huntington's position on adequate protection and DIP account. | 0.10 | $20.00 | JIM |
| Mar-20-21 | Revised Motion to Pay Adequate Protection to Huntington and Proposed Order. | 0.30 | $60.00 | JIM |
| | Email to Mr. Morrison regarding revisions to proposed adequate protection motion. | 0.10 | $20.00 | JIM |
| Mar-22-21 | Final review of joint motion with HNB on adequate protection. | 0.10 | $39.00 | RS |
| Mar-24-21 | Exchanged electronic correspondence with Messrs. Stovall and Coutinho regarding preparation of exhibits to accompany Joint Motion for Adequate Protection. | 0.10 | $24.00 | MZ20 |
| Mar-25-21 | Attention to preparation and filing of Notice of Support Documents for Joint Motion for Adequate Protection with Huntington. | 0.30 | $72.00 | MZ20 |
| Jun-03-21 | Revised and Finalized Order Granting Adequate Protection Motion. | 0.10 | $20.00 | JIM |
| Jun-09-21 | Exchanged e-mail correspondence with Mr. Morrison regarding and then with client regarding payment of adequate protection payments. | 0.10 | $20.00 | JIM |
| Jun-29-21 | Correspondence to Mr. Morrison regarding HNB adequate protection payments. | 0.10 | $39.00 | RS |
| Jul-07-21 | Reviewed and responded to e-mail correspondence from Mr. Morrison regarding payment of June AP. | 0.10 | $20.00 | JIM |
| Jul-08-21 | Office conference with Mr. Stovall regarding Huntington Adequate Protection payments. | 0.10 | $20.00 | JIM |
| | Total Hours and Fees: | 2.80 | $652.00 | |
| | **Balance Now Due** | | **$652.00** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

EXHIBIT B-4
Page 3 of 3

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| JIM | James A. Coutinho | 2.00 | $200.00 | 400.00 |
| RS | Richard K. Stovall | 0.40 | $390.00 | 156.00 |
| MZ20 | Matt Zofchak | 0.40 | $240.00 | 96.00 |

Tax ID Number:      20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**                                                        February 21, 2022
c/o Gregory N. Gould                                          File #:   2946-005
6044 Phar Lap Drive
New Albany, OH 43054                                 Invoice  #:        43323

Re:   Claims
      **Invoice for Legal Services**

**Balance Now Due:   $1,834.50**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-20-21 | Prepared email correspondence to Mr. Zofchak and Mrs. Doan regarding collection of creditor contact information to send to Subchapter V Trustee. | 0.10 | $20.00 | JIM |
| Apr-13-21 | Review proofs of claim. | 0.30 | $60.00 | JIM |
| Apr-19-21 | Review options to treat miscellaneous secured creditors as fully unsecured and utilize Rule 3012 to avoid need for classification. | 0.50 | $212.50 | TA |
| Apr-21-21 | Review Rule 3012 relief and valuation of junior liens. | 0.20 | $63.00 | RS |
| Apr-23-21 | Office conference with Mr. Stovall and Mr. Zofchak regarding preparation of Rule 3012 motions. | 0.20 | $40.00 | JIM |
| May-04-21 | Attention to potential administrative rent claim of township. | 0.20 | $78.00 | RS |
| May-06-21 | Prepared 3012 Valuation Motion. | 0.30 | $72.00 | MZ20 |
| May-07-21 | Revised Rule 3012 valuation motion for undersecured creditors and proposed order. | 0.60 | $120.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

|  |  |  |  |  |
|---|---|---|---|---|
|  | Prepared email correspondence to Mr. Zofchak regarding revisions to valuation motion and service issues for creditors. | 0.10 | $32.00 | JIM |
|  | Meeting with Mr. Zofchak regarding 3012 valuation motion. | 0.20 | $78.00 | RS |
|  | Preliminary review of draft 3012 motion. | 0.20 | $78.00 | RS |
|  | Continued preparing 3012 Valuation Motion. | 1.20 | $288.00 | MZ20 |
| May-10-21 | Reviewed and incorporated Mr. Coutinho's comments and suggested revisions to 3012 Valuation Motion. | 0.30 | $72.00 | MZ20 |
| May-11-21 | Review and approve revisions to Rule 3012 motion from Mr. Zofchak and Mr. Stovall. | 0.20 | $40.00 | JIM |
|  | Revise 3012 valuation motion and proposed order. | 0.30 | $117.00 | RS |
|  | Reviewed and incorporated Mr. Stovall's comments and suggested revisions to 3012 Valuation Motion. | 0.20 | $48.00 | MZ20 |
|  | Reviewed and incorporated Mr. Stovall's comments and suggested revisions to Proposed Order Granting 3012 Valuation Motion. | 0.10 | $24.00 | MZ20 |
|  | Exchanged electronic correspondence with Messrs. Stovall and Coutinho regarding revised 3012 Valuation Motion. (No Charge). | 0.10 | N/C | MZ20 |
| May-13-21 | Final review of Rule 3012 valuation motion. | 0.20 | $78.00 | RS |
| May-17-21 | Reviewed and responded to email from Mr. Mallory regarding rule 3012 motion and not seeking valuation relief as to Huntington. | 0.10 | $20.00 | JIM |
| Jun-14-21 | Revise Order Granting 3012 Valuation Motion. | 0.10 | $39.00 | RS |
| Jun-29-21 | Telephone conference with Ms. Huber regarding Plain Township administrative claim and break-down. | 0.20 | $78.00 | RS |
| Jul-08-21 | Reviewed and responded to e-mail correspondence from Mr. Huber regarding Township's claim for damages. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| Aug-03-21 | Telephone conference with Mr. Tasoren regarding Atash, change of address and claim. | 0.10 | $39.00 | RS |
| Aug-11-21 | Correspondence with Mr. Tasoren at Funding Zone regarding claim treatment. | 0.20 | $78.00 | RS |
| Sep-06-21 | Reviewed and responded to email from attorney for Township regarding Debtor's position on township claim. | 0.10 | $20.00 | JIM |
| Jan-24-22 | Reviewed and responded to email from Ms. Huber regarding possible ways to resolve administrative claim by Township. | 0.10 | $20.00 | JIM |
| | Total Hours and Fees: | 6.50 | $1,834.50 | |
| | **Balance Now Due** | | **$1,834.50** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|--------|---|-------|------|-------|
| JIM | James A. Coutinho | 1.90 | $200.00 | 392.00 |
| RS | Richard K. Stovall | 1.90 | $390.00 | 726.00 |
| TA | Thomas R. Allen | 0.50 | $425.00 | 212.50 |
| MZ20 | Matt Zofchak | 2.20 | $0.00 | 504.00 |

Tax ID Number:      20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-006
Invoice  #:      43324

Re:   Plan/Disclosure Statement
**Invoice for Legal Services**

**Balance Now Due:   $9,783.00**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-19-21 | Telephone conference with Mr. Zofchak regarding upcoming plan drafting. | 0.10 | $20.00 | JIM |
| Mar-08-21 | Office conference with Mr. Zofchak regarding preparation of chapter 11 plan. | 0.10 | $20.00 | JIM |
| Mar-24-21 | Telephonic conference with Subchapter V Trustee regarding creditor contact information for plan solicitation/confirmation purposes. | 0.10 | $24.00 | MZ20 |
|  | Compile creditor contact information for Sub V Trustee for plan solicitation matters. (No Charge). | 0.50 | N/C | MZ20 |
| Apr-06-21 | Reviewed and responded to e-mail correspondence from Mr. Zofchak regarding budget issues for plan drafting. | 0.10 | $20.00 | JIM |
|  | Review proposed plan budget and correspondence with Mr. Coutinho. | 0.20 | $78.00 | RS |
| Apr-14-21 | Reviewed and responded to email from Mr. Morrison regarding status of chapter 11 plan development. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Apr-15-21 | Telephone conference with Mr. Mallory regarding plan feasibility issues. | 0.20 | $40.00 | JIM |
| Apr-16-21 | Confer with Mr. Stovall regarding preparation and filing of plan of reorganization. | 0.10 | $20.00 | JIM |
| | Telephone conference with client to discuss plan terms and projections. | 0.30 | $60.00 | JIM |
| Apr-17-21 | Conduct legal research regarding various plan provisions and court interpretations of new Subchapter V provisions, including review of form plans and confirmed plans from other cases, focusing primarily on disposable income calculations. | 1.50 | $300.00 | JIM |
| | Drafting Plan of Reorganization. | 4.30 | $860.00 | JIM |
| Apr-18-21 | Work on developing Plan pro forma, projections and assumptions. | 1.40 | $280.00 | JIM |
| | Prepared email correspondence to client regarding draft pro forma for plan. | 0.10 | $20.00 | JIM |
| Apr-19-21 | Exchanged e-mail correspondence with client regarding budget revisions and Township administrative expense. | 0.20 | $40.00 | JIM |
| | Confer with Mr. Stovall regarding status of his review of draft plan. | 0.10 | $20.00 | JIM |
| | Revised pro forma after budget discussion with client. | 0.70 | $140.00 | JIM |
| | Revised Plan after discussion with Mr. Stovall regarding his revisions. | 0.60 | $120.00 | JIM |
| | Office conference with Mr. Stovall and Mr. Allen to discuss plan revisions and strategy. (No Charge). | 0.30 | N/C | JIM |
| | Attention to plan projections and correspondence to Mr. Gould. | 0.30 | $117.00 | RS |
| | Review draft plan and revise draft plan. | 0.90 | $351.00 | RS |
| | Continued working on plan revisions. | 0.40 | $156.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

EXHIBIT B-6
Page 3 of 12

| | | | | |
|---|---|---|---|---|
| | Review of revised pro-forma financials for chapter 11 plan. | 0.20 | $78.00 | RS |
| | Review correspondence to Mr. Mallory regarding draft plan and preliminary financial projections. | 0.10 | $39.00 | RS |
| | Meeting with Mr. Coutinho and Mr. Allen regarding §1111(b) treatment and subsequent surrender of collateral; valuation of junior lien holder claims. (No Charge). | 0.30 | N/C | RS |
| | Office conference Mr. Coutinho and Mr. Stovall regarding same and regarding 1111(b) strategy. | 0.60 | $255.00 | TA |
| Apr-20-21 | Prepared e-mail correspondence to client regarding draft plan and pro forma. | 0.10 | $20.00 | JIM |
| | Conference with Mr. Stovall regarding finalizing plan. (No Charge). | 0.10 | N/C | JIM |
| | Correspondence to Mr. Gould regarding plan review/revisions. | 0.10 | $39.00 | RS |
| | Discussion with Mr. Coutinho regarding plan timing and potential amendments. | 0.10 | $39.00 | RS |
| | Review of updated plan amendments and revisions. | 0.40 | $156.00 | RS |
| | Correspondence with Mr. Gould and Mr. Coutinho regarding chapter 11 plan and potential amendments. | 0.10 | $39.00 | RS |
| Apr-30-21 | Telephone conference with Mr. Mallory to discuss his issues with and suggestions for Chapter 11 plan. (CHARGED AT ONE-HALF RATE). | 0.80 | $80.00 | JIM |
| | Review plan forecasts and prepare for call with Trustee Mallory. | 0.20 | $78.00 | RS |
| | Conference call with Mr. Mallory and Mr. Coutinho regarding potential comments to plan and financial forecasts from Sub-V Trustee. (CHARGED AT ONE-HALF RATE). | 0.80 | $156.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| May-03-21 | Receipt and review of Confirmation Hearing Order. | 0.10 | $20.00 | JIM |
| May-05-21 | Call with Subchapter V trustee to discuss Huntington's position in relation to plan. | 0.20 | $40.00 | JIM |
| May-10-21 | Office conference with Mr. Zofchak regarding completion of service of plan and ballots per Court order on confirmation hearing schedule. | 0.10 | $20.00 | JIM |
| | Review draft certificate of service for Plan solicitation package and draft ballot to send to creditors. | 0.40 | $80.00 | JIM |
| | Exchanged e-mail correspondence with Mr. Zofchak and Mr. Stovall regarding solicitation package drafts. | 0.10 | $20.00 | JIM |
| | Telephone conference with Mr. Stovall regarding completing amendments to plan and current position of Huntington. (No Charge). | 0.10 | N/C | JIM |
| | Telephone conference with Mr. Coutinho regarding plan amendments, | 0.10 | $39.00 | RS |
| | Review solicitation materials on plan confirmation. | 0.20 | $78.00 | RS |
| | Prepared Form Ballot. | 0.30 | $72.00 | MZ20 |
| | Attention to service of Plan solicitation materials. | 0.30 | $72.00 | MZ20 |
| | Prepared Certificate of Service regarding Plan solicitation. | 0.20 | $48.00 | MZ20 |
| | Per electronic correspondence from Mr. Coutinho, prepared cover letter regarding Plan solicitation. | 0.10 | $24.00 | MZ20 |
| | Reviewed and exchanged multiple electronic correspondence with Messrs. Stovall and Coutinho regarding Plan solicitation. | 0.10 | $24.00 | MZ20 |
| May-11-21 | Prepared email correspondence to client regarding scheduled confirmation hearing. | 0.10 | $20.00 | JIM |
| May-20-21 | Reviewed and responded to email from Mr. | 0.10 | $20.00 | JIM |

| | Morrison regarding potential objections of Huntington to plan. | | | |
|---|---|---|---|---|
| May-26-21 | Reviewed and responded to e-mail correspondence from Mr. Morrison regarding discussion of objection to plan confirmation. | 0.10 | $20.00 | JIM |
| May-28-21 | Telephone conference with Mr. Morrison to discuss Huntington's issues with Plan. | 0.20 | $40.00 | JIM |
| Jun-03-21 | Correspondence with co-counsel regarding timing/confirmation issue. | 0.10 | $39.00 | RS |
| Jun-04-21 | Office conference with Mr. Stovall to discuss case status and need for plan amendments and lease motion. (No Charge). | 0.40 | N/C | JIM |
| | Meeting with Mr. Coutinho regarding plan revisions and confirmation issues. | 0.40 | $156.00 | RS |
| Jun-09-21 | Correspondence to Mr. Mallory regarding plan amendments; discussion. | 0.10 | $39.00 | RS |
| Jun-11-21 | Telephone conference with Mr. Stovall and Mr. Mallory to discuss case status and plan revisions. (CHARGED AT ONE-HALF RATE). | 0.40 | $40.00 | JIM |
| | Conference call with Mr. Mallory and Mr. Coutinho regarding plan revisions, confirmation issues. (CHARGED AT ONE-HALF RATE). | 0.40 | $78.00 | RS |
| Jun-15-21 | Review and approve order on 3012 Motion. | 0.10 | $20.00 | JIM |
| Jun-23-21 | Reviewed and responded to email from Mr. Morrison regarding status of preparation of amended plan. | 0.10 | $20.00 | JIM |
| | Reviewed and responded to email from Mr. Mallory regarding status of preparation of amended plan. | 0.10 | $20.00 | JIM |
| Jul-01-21 | Correspondence with counsel regarding confirmation hearing matters. | 0.10 | $39.00 | RS |
| | Telephone conference with Mr. Coutinho and telephone conference with Mr. Gould | 0.20 | $78.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| | regarding confirmation hearing, balloting and continuance issues. | | | |
| | Office conference Mr. Stovall regarding confirmation procedure strategy. | 0.10 | $42.50 | TA |
| Jul-12-21 | Office conference with Mr. Coutinho regarding plan confirmation and continuance of hearing. | 0.10 | $39.00 | RS |
| Jul-13-21 | Telephone conference with Mr. Mallory regarding upcoming hearing on confirmation and continuance request. | 0.10 | $20.00 | JIM |
| | Participate in hearing on confirmation and continuance request so amended plan could be filed. | 0.30 | $60.00 | JIM |
| | Prepared email correspondence to Mr. Stovall regarding results of status conference. Email to client regarding same. | 0.10 | $20.00 | JIM |
| Jul-23-21 | Prepared order setting plan amendment deadline and setting status hearing. | 0.40 | $80.00 | JIM |
| Aug-05-21 | Review notes and comments of Sub V trustee regarding plan amendments. | 0.20 | $78.00 | RS |
| Aug-24-21 | Telephone conference with Subchapter V Trustee regarding plan feasibility concerns. | 0.20 | $40.00 | JIM |
| Aug-25-21 | Drafting Amended Plan of Reorganization. | 2.30 | $460.00 | JIM |
| | Preliminary review of amended chapter 11 plan. | 0.30 | $117.00 | RS |
| Aug-27-21 | Office conference with Mr. Coutinho regarding budget and plan amendments. | 0.10 | $39.00 | RS |
| Aug-28-21 | Exchanged email correspondence with client regarding plan updates and projections. Review new projections and email Mr. Stovall regarding same. | 0.20 | $40.00 | JIM |
| Aug-30-21 | Reviewing and revising pro forma, including work to calculate projected disposable income for plan years 1-3. | 0.90 | $180.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP EXHIBIT B-6
ATTORNEYS

Page 7 of 12

| | | | | |
|---|---|---|---|---|
| | Communicate with client regarding pro forma and plan revisions. | 0.10 | $20.00 | JIM |
| | Revised Amended Plan of Reorganization and Exhibits. | 1.70 | $340.00 | JIM |
| | Prepared e-mail correspondence to Trustee and Huntington's counsel regarding amended plan. | 0.10 | $20.00 | JIM |
| Aug-31-21 | Revised, finalized and compiled Amended Plan of Reorganization. | 0.80 | $160.00 | JIM |
| | Prepared notice of filing redline plan of reorganization. | 0.10 | $20.00 | JIM |
| Sep-01-21 | Review revisions to plan by Mr. Stovall and prepare final revised draft to send to client for review. | 0.20 | $40.00 | JIM |
| | Prepared e-mail correspondence to Mr. Gould regarding draft amended plan and other case confirmation issues. | 0.10 | $20.00 | JIM |
| Sep-03-21 | Telephone conference with client regarding upcoming confirmation hearing. | 0.10 | $20.00 | JIM |
| | Receipt and review of order setting confirmation hearing schedule and attention to docketing matters. | 0.10 | $20.00 | JIM |
| | Exchanged email correspondence with Mrs. Doan regarding service of plan and preparation of certificate of service. | 0.10 | $20.00 | JIM |
| | Telephone conference with Mr. Stovall regarding upcoming confirmation hearing. | 0.10 | $20.00 | JIM |
| Sep-13-21 | Telephone conference with Mr. Morrison to discuss revisions needed to Plan. | 0.70 | $140.00 | JIM |
| | Exchanged e-mail correspondence with Mr. Morrison regarding Huntington's position on amended plan. | 0.10 | $20.00 | JIM |
| Sep-20-21 | Exchanged email correspondence with Mr. Morrison regarding Huntington's approval of treatment so long as payments are monthly. Email to Mr. Mallory regarding Trustee's | 0.20 | $40.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

|  |  |  |  |  |
|---|---|---|---|---|
|  | position on same. Email to Mr. Stovall regarding same. |  |  |  |
| Sep-29-21 | Telephone conference with Mr. Malloy regarding potential plan amendments and timing of confirmation hearing. | 0.20 | $78.00 | RS |
|  | Correspondence to Mr. Coutinho regarding potential plan amendment and timing. | 0.10 | $39.00 | RS |
| Sep-30-21 | Call with Mr. Stovall regarding timing of confirmation hearing and desire to resolicit plan after amendment. | 0.20 | $40.00 | JIM |
| Oct-14-21 | Confer with Mr. Gould regarding plan revisions. | 0.10 | $20.00 | JIM |
| Oct-18-21 | Prepared Second Amended Plan of Reorganization, incorporating changes requested by subchapter V trustee and Huntington. | 0.80 | $160.00 | JIM |
| Oct-19-21 | Finalized Second Amended Plan for filing, including final edits and preparation of exhibits. | 1.20 | $240.00 | JIM |
|  | Prepared notice of filing redline version of Second Amended Plan. | 0.20 | $40.00 | JIM |
|  | Prepared Notice of intent to solicit second amended plan. | 0.20 | $40.00 | JIM |
| Oct-22-21 | Correspondence with Mr. Coutinho (.1); review status of solicitation of amended plan (.2). | 0.30 | $117.00 | RS |
| Oct-25-21 | Telephone conference with Mr. Mallory regarding second amended plan and confirmation hearing. | 0.10 | $39.00 | RS |
|  | Telephone conference with Mr. Flannery regarding confirmation hearing and consent to solicitation of second amended plan. | 0.10 | $39.00 | RS |
|  | Review redline 2nd amended plan and notice of intent to resolicit. | 0.20 | $78.00 | RS |
| Oct-26-21 | Review second amended plan (redline) (.1); telephone conference with Mr. Madison | 0.50 | $195.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

|  |  |  |  |  |
|---|---|---|---|---|
|  | regarding hearing and protocols (.2); prepare for hearing (.2). |  |  |  |
| Oct-29-21 | Office conference with Mr. Stovall to discuss status of case and results of confirmation hearing. | 0.10 | $20.00 | JIM |
| Nov-01-21 | Receipt and review of order setting continued confirmation hearing. | 0.10 | $20.00 | JIM |
|  | Prepared email correspondence to Mrs. Doan regarding preparation of mailing of Plan and Disclosure Statement. | 0.10 | $20.00 | JIM |
| Nov-05-21 | Prepared solicitation mailing for second amended plan. | 0.40 | $80.00 | JIM |
| Nov-12-21 | Review status of ballots. | 0.10 | $39.00 | RS |
| Jan-11-22 | Reviewed and responded to email from Mr. Mallory regarding case status and update. | 0.10 | $20.00 | JIM |
| Jan-13-22 | Prepare for call with Subchapter V trustee to discuss upcoming confirmation hearing. | 0.20 | $40.00 | JIM |
|  | Call with Mr. Mallory to discuss upcoming confirmation hearing, possible issues to be raised by Court, and outlook for debtor. (No Charge). | 0.40 | N/C | JIM |
| Jan-18-22 | Call with Law Clerk regarding upcoming confirmation hearing to be held by Zoom. | 0.10 | $20.00 | JIM |
|  | Prepared certification of ballots for second amended plan. | 0.30 | $60.00 | JIM |
|  | Reviewed and responded to email from Mr. Stovall regarding preparation for confirmation hearing. (No Charge). | 0.10 | N/C | JIM |
|  | Email correspondence with Mr. Coutinho regarding plan confirmation matters. | 0.10 | $39.00 | RS |
|  | Review/revise certification of ballots and correspondence to Mr. Coutinho. | 0.20 | $78.00 | RS |
| Jan-19-22 | Office conference with Mr. Coutinho regarding confirmation matters. | 0.10 | $39.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Jan-21-22 | Review Trustee's memorandum in support of Subchapter V plan. | 0.20 | $40.00 | JIM |
| | Review Sub V trustee in support of plan confirmation. | 0.20 | $78.00 | RS |
| Jan-22-22 | Prepared email correspondence to client regarding brief filed by SubV Trustee. | 0.10 | $20.00 | JIM |
| Jan-24-22 | Call with client ahead of confirmation hearing to discuss confirmation process, possible issues that will arise at confirmation hearing, and plan matters. | 0.40 | $80.00 | JIM |
| | Call with Mr. Mallory ahead of confirmation hearing to discuss open matters and presentation. | 0.30 | $60.00 | JIM |
| | Prepare for confirmation hearing, including review of all applicable plan documents, review of caselaw and statutes regarding various confirmation issues, and preparation of presentation outline. | 1.60 | $320.00 | JIM |
| | Represent client in confirmation hearing before Court. | 1.40 | $280.00 | JIM |
| | Call with client after confirmation to discuss proceedings. | 0.10 | $20.00 | JIM |
| | Call with Mr. Stovall to discuss results of confirmation hearing. (No Charge). | 0.10 | N/C | JIM |
| | Telephone conference with Mr. Coutinho re confirmation hearing matters. | 0.20 | $78.00 | RS |
| Jan-25-22 | Prepared order confirming chapter 11 plan. | 0.30 | $60.00 | JIM |
| | Prepared Amended Certificate of Service for Plan, Confirmation Hearing Order, and Ballot. | 0.10 | $20.00 | JIM |
| | Review notice of status hearing filed by Court. | 0.10 | $20.00 | JIM |
| Jan-26-22 | Follow-up to confirmation hearing and analyze post-confirmation matters. | 0.20 | $78.00 | RS |
| Jan-28-22 | Email and call with Mr. Mallory regarding confirmation order. | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | |
|---|---|---|---|
| Office conference with Mr. Coutinho regarding effective date timing. | 0.10 | $42.50 | RS |
| Total Hours and Fees: | 43.60 | $9,783.00 | |
| **Balance Now Due** | | **$9,783.00** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|--------|--------|-------|------|-------|
| JIM | James A. Coutinho | 32.20 | $200.00 | 6,020.00 |
| RS | Richard K. Stovall | 9.10 | $390.00 | 3,201.50 |
| TA | Thomas R. Allen | 0.70 | $425.00 | 297.50 |
| MZ20 | Matt Zofchak | 1.60 | $0.00 | 264.00 |

Tax ID Number:       20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:   2946-007
Invoice  #:      43325

Re:   Lease Matters
**Invoice for Legal Services**

## Balance Now Due:   $4,093.00

---

### ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-05-21 | Conducted legal research regarding pre-petition termination of lease and obligations to reject unexpired leases post-bankruptcy filing. | 0.80 | $192.00 | MZ20 |
| | Exchanged electronic correspondence with Messrs. Coutinho and Stovall regarding pre-petition termination of lease and obligation to assume/reject lease post-bankruptcy filing. | 0.10 | $24.00 | MZ20 |
| Feb-09-21 | Prepared email correspondence to Mr. Zofchak regarding lease rejection issues. | 0.10 | $20.00 | JIM |
| Feb-10-21 | Left voicemail and exchanged follow-up email with the Plain Township Administrator regarding pre-petition lease termination. | 0.10 | $24.00 | MZ20 |
| Feb-12-21 | Telephonic conference with Ben Collins (Plain Township) regarding rejection of lease. | 0.10 | $24.00 | MZ20 |
| Feb-15-21 | Prepared Motion to Reject Lease and Proposed Order granting same. | 0.80 | $192.00 | MZ20 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| Date | Description | Hours | Amount | Attorney |
|------|-------------|-------|--------|----------|
| Feb-16-21 | Receipt and initial review of motion to reject township lease (.1). Email to Mr. Zofchak regarding additional considerations and research to conduct (.1). | 0.20 | $40.00 | JIM |
| | Review issues surrounding timing of lease rejection with township. | 0.20 | $78.00 | RS |
| | Per email from Mr. Coutinho, conducted legal research to confirm when rejection of lease is effective for bankruptcy purposes. | 0.30 | $72.00 | MZ20 |
| Feb-17-21 | E-mails with Mr. Hemmer and Mr. Stovall regarding lease rejection research. | 0.10 | $20.00 | JIM |
| | Exchange additional emails with Mr. Hemmer and Mr. Stovall regarding possibility of proceeding to reject lease nunc pro tunc to the petition date. (No Charge). | 0.20 | N/C | JIM |
| | Attention to research regarding lease rejection issues; timing and measure of damages. | 0.10 | $39.00 | RS |
| | Correspondence with co-counsel on lease rejection issues. (No Charge). | 0.10 | N/C | RS |
| | Performed legal research on when the rejection of a lease can be retroactively applied (1.5), review previous case law on how much rent can be charged (.3), and other cases where the rejection is applied on date of petition (.8). (BILLED AT ONE-HALF HOURLY RATE). | 2.60 | $260.00 | BH20 |
| Feb-18-21 | Exchanged e-mail correspondence with co-counsel regarding considerations related to lease rejection. | 0.20 | $40.00 | JIM |
| | Review research memo on petition date lease rejection issues. | 0.20 | $78.00 | RS |
| | Follow up research on nunc pro tunc recent SCOTUS cases, decisions by local judges, and distinguishable case law. | 0.40 | $80.00 | BH20 |
| Feb-21-21 | Revised and finalized Motion to Reject Township Lease. | 0.30 | $60.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP  EXHIBIT B-7
ATTORNEYS

Page 3 of 7

| Feb-22-21 | Final review on Motion to Reject Township lease. | 0.20 | $78.00 | RS |
|---|---|---|---|---|
| Mar-20-21 | Finalized Order Granting Motion to Reject Lease. | 0.10 | $20.00 | JIM |
| May-04-21 | E-mails and phone call with Mr. Stovall to discuss recent decision regarding effect of pre-petition repudiation of executory contract and effect ruling may have on Township administrative claim. | 0.20 | $40.00 | JIM |
|  | Reviewed and exchanged multiple electronic correspondence with Messrs. Stovall and Coutinho regarding recent case law decision regarding repudiation of executory contracts. | 0.10 | $24.00 | MZ20 |
|  | Per electronic correspondence from Mr. Stovall, reviewed recent case law decision regarding repudiation of executory contracts. (No Charge). | 0.20 | N/C | MZ20 |
| Jun-20-21 | Receipt and review of lease for new studio location. | 0.20 | $40.00 | JIM |
|  | Prepared e-mail correspondence to Mr. Stovall and Mr. Hemmer regarding new lease for studio and approach for obtaining approval. | 0.10 | $20.00 | JIM |
|  | Exchanged e-mail correspondence with client regarding timeframe for entering into lease. | 0.10 | $20.00 | JIM |
| Jun-21-21 | Reviewed and responded to e-mail correspondence from client regarding timeline for obtaining Court approval of lease agreement. | 0.10 | $20.00 | JIM |
| Jun-22-21 | Reviewed and responded to email from Mr. Hemmer regarding post-petition lease agreement for real estate. | 0.10 | $20.00 | JIM |
|  | Correspondence with Mr. Coutinho regarding new studio lease issues. | 0.20 | $78.00 | RS |
|  | Performed legal research on motion to enter new lease postpetition. | 0.90 | $180.00 | BH20 |
| Jun-23-21 | Telephone conference with Mr. Stovall | 0.10 | $20.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

|  | | | | |
|---|---|---|---|---|
|  | regarding lease issues and plan for addressing court approval. | | | |
|  | Prepared email correspondence to Mr. Hemmer regarding preparation of motion to approve lease. | 0.10 | $20.00 | JIM |
|  | Phone call with Mr. Coutinho regarding New Albany lease, timing and court approval | 0.10 | $39.00 | RS |
|  | Review and respond to Mr. Coutinho and Mr. Stovall emails regarding need for approval for entering into new lease. | 0.20 | $85.00 | TA |
| Jun-24-21 | E-mails with Mr. Gould and Mr. Stovall regarding review of lease agreement. | 0.10 | $20.00 | JIM |
|  | Began drafting motion for authority to enter lease focusing on background and court authority to enter, researched potential forms for language to include and researched standard for ordinary course of business or entering into post-petition lease. | 1.40 | $280.00 | BH20 |
| Jun-25-21 | Correspondence with Mr. Morrison regarding new studio lease. | 0.10 | $39.00 | RS |
|  | Telephone conference with Mr. Mallory regarding multiple comments to proposed studio lease. | 0.20 | $78.00 | RS |
| Jun-28-21 | Telephone conference with Mr. Gould regarding N. High Street lease matters. | 0.10 | $39.00 | RS |
|  | Work on revisions to proposed music studio lease. | 0.30 | $117.00 | RS |
| Jun-29-21 | Revise lease agreement; review comments from Mr. Mallory to proposed lease agreement. | 0.30 | $117.00 | RS |
|  | Telephone conference with Mr. Gould regarding new lease matters, timing and funding of deposit. | 0.20 | $78.00 | RS |
|  | Work on revisions to motion to enter into lease and revisions to proposed order; comments to Mr. Hemmer and Mr. Coutinho. | 0.40 | $156.00 | RS |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Jun-30-21 | Revised Motion to Enter into Lease and Proposed Order. | 0.50 | $100.00 | JIM |
| | Phone call with Mr. Coutinho regarding revised lease issues. | 0.10 | $39.00 | RS |
| | Phone call with Mr. Gould regarding revised lease and SubV Trustee comments. | 0.10 | $39.00 | RS |
| | Revisions to Lease Agreement and circulate to client and counsel with commentary. | 0.20 | $78.00 | RS |
| | Further revisions to the Motion to Enter into Lease. | 0.20 | $78.00 | RS |
| | Performed legal research for cases where lease was approved and what sound business purpose is (1.0), drafted portion of motion to enter lease focusing on sound business purpose section and reorganized to make ordinary course a footnote (.8) | 1.80 | $360.00 | BH20 |
| Jul-01-21 | Final review/prop. for filing; motion to enter into lease. | 0.20 | $78.00 | RS |
| | Telephone conference with Mr. Gould regarding N. High Street lease and motion. | 0.70 | $273.00 | RS |
| Jul-13-21 | Correspondence to Mr. Morrison regarding structural liability under lease. | 0.20 | $78.00 | RS |
| Jul-23-21 | Revised and finalized order granting motion to enter into lease. | 0.10 | $20.00 | JIM |
| Jul-27-21 | Reviewed and responded to e-mail correspondence from Mr. Stovall regarding entry of order on lease motion. | 0.10 | $20.00 | JIM |
| Jul-28-21 | Telephone conference with Mr. Stovall regarding status of lease motion order and call with Mr. Gould regarding same. | 0.10 | $20.00 | JIM |
| | Correspondence with client regarding approval of new studio lease. | 0.10 | $39.00 | RS |
| | Total Hours and Fees: | 17.40 | $4,093.00 | |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| | |
|---|---:|
| **Balance Now Due** | **$4,093.00** |

Make payments online: http://www.ASNAlaw.com/payment/

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

---

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| JIM | James A. Coutinho | 3.10 | $200.00 | 580.00 |
| RS | Richard K. Stovall | 4.50 | $390.00 | 1,716.00 |
| TA | Thomas R. Allen | 0.20 | $425.00 | 85.00 |
| BH20 | Bradley Hemmer | 7.10 | $0.00 | 1,160.00 |
| MZ20 | Matt Zofchak | 2.50 | $0.00 | 552.00 |

Tax ID Number:      20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-008
Invoice  #:      43326

Re:    Operating Reports
       **Invoice for Legal Services**

**Balance Now Due:   $1,697.00**

---

## ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-03-21 | Attention to documentation needed to prepare operating reports. | 0.20 | $40.00 | JIM |
| Mar-04-21 | Prepare January and February operating reports. | 0.60 | $120.00 | JIM |
| Mar-05-21 | Email to client regarding approval of operating reports. | 0.10 | $20.00 | JIM |
| Mar-08-21 | Finalized January 2021 operating report for filing. | 0.20 | $40.00 | JIM |
| Mar-22-21 | Revised and finalized Operating Report for February 2021 | 0.20 | $40.00 | JIM |
|  | Final review of MOR (February). | 0.10 | $39.00 | RS |
| Apr-29-21 | Drafted monthly operating report for March 2021. | 0.50 | $100.00 | JIM |
| May-03-21 | Finalized and approved for filing the Debtor's March monthly operating report. | 0.20 | $40.00 | JIM |
| May-18-21 | Prepared April Operating Report. | 0.60 | $120.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| | Attention to draft MOR for April. | 0.10 | $39.00 | RS |
| May-25-21 | Finalized April Monthly Operating Report. | 0.20 | $40.00 | JIM |
| Jun-24-21 | Preparation of May Operating Report. | 0.70 | $140.00 | JIM |
| Jun-29-21 | Revised and finalized May operating report. | 0.40 | $80.00 | JIM |
| | Review MOR for May prior to filing. | 0.10 | $39.00 | RS |
| Jul-30-21 | Prepared June Operating Report. | 1.00 | $200.00 | JIM |
| Aug-02-21 | Finalized June Operating Report for filing. | 0.30 | $60.00 | JIM |
| Aug-27-21 | Prepared July Operating Report. | 0.50 | $100.00 | JIM |
| Aug-30-21 | Revised and finalize July operating report. | 0.30 | $60.00 | JIM |
| Oct-05-21 | Prepared August and September Operating Reports. | 0.80 | $160.00 | JIM |
| Oct-13-21 | Finalized and approved for filing operating reports for August and September. | 0.30 | $60.00 | JIM |
| Nov-16-21 | Prepared October Operating Report. | 0.40 | $80.00 | JIM |
| Dec-13-21 | Prepare October Operating Report. | 0.40 | $80.00 | JIM |
| | Total Hours and Fees: | 8.20 | $1,697.00 | |
| | **Balance Now Due** | | **$1,697.00** | |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| JIM | James A. Coutinho | 7.90 | $200.00 | 1,580.00 |
| RS | Richard K. Stovall | 0.30 | $390.00 | 117.00 |

Tax ID Number:        20-0108058

# ALLEN STOVALL NEUMAN & ASHTON LLP

### ATTORNEYS

**GNG Music**
c/o Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054

February 21, 2022
File #:  2946-009
Invoice  #:      43327

Re:    Filing and First Day Matters
**Invoice for Legal Services**

**Balance Now Due:   $1,232.00**

---

### ATTORNEY FEE DETAIL

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-20-21 | First day preparation, including finalizing petition-related documents (.8), revising declaration (.4), revising employment app (.2), revising wage motion (.3), and prep motion to reduce notice (.5). Call with client regarding same (.2). E-mails to client re: same (.1). | 2.50 | $500.00 | JIM |
| Jan-20-21 | Work on finalizing matters for case filing and communicate with staff and co-counsel regarding same. | 0.30 | $60.00 | JIM |
| | Review first day filing documents and assist in coordination of filing sub chapter V case. | 0.30 | $117.00 | RS |
| | Exchanged electronic correspondence with Mr. Coutinho regarding bankruptcy filing. | 0.10 | $24.00 | MZ20 |
| | Reviewed and checked for errors in Wage Motion and Proposed Order granting same. | 0.20 | $48.00 | MZ20 |
| | Reviewed and checked for errors in Declaration of Gregory N. Gould. | 0.10 | $24.00 | MZ20 |
| | Reviewed and checked for errors in Motion to Reduce Notice on Wage Motion. | 0.10 | $24.00 | MZ20 |

17 South High Street, Suite 1220, Columbus, Ohio 43215   ~   T: 614.221.8500   ~   F: 614.221.5988   ~   www.ASNAlaw.com

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

|  |  |  |  |  |
|---|---|---|---|---|
|  | Reviewed and checked for erros in Motion to Set Bar Dates. | 0.20 | $48.00 | MZ20 |
|  | Telephonic conference with Chambers confirming new Subchapter V filing with first-day motions. | 0.10 | $24.00 | MZ20 |
| Jan-21-21 | Confer with Ms. Doan regarding service of first day motions. | 0.10 | $20.00 | JIM |
|  | Receipt and review of order granting motion to reduce notice on wage motion and email to Ms. Doan regarding service of same. | 0.10 | $20.00 | JIM |
|  | Review and approve certificate of service for mailing of order granting motion to reduce notice on wage motion. | 0.10 | $20.00 | JIM |
| Jan-28-21 | Telephone conference with client regarding SubV trustee's inquiries into wage motion and budget. | 0.10 | $20.00 | JIM |
| Jan-29-21 | Telephone conference with Mr. Mallory regarding wage motion, limited objection issues to be raised in response, and how to resolve those objections. | 0.20 | $40.00 | JIM |
|  | Telephone conference with Mr. Stovall regarding objection filed by Subchapter V Trustee and resolution of same. | 0.20 | $40.00 | JIM |
|  | Attention to Trustee objection to payment of prepetition wages. | 0.10 | $39.00 | RS |
| Feb-03-21 | Revise wage order to address matters related to objection of SubV Trustee. | 0.20 | $40.00 | JIM |
|  | Prepared e-mail correspondence to UST and SubV Trustee regarding revised Wage Order and information regarding Debtor's wage payments. | 0.10 | $20.00 | JIM |
| Feb-04-21 | Telephone conference with Trustee regarding revisions to agreed order granting wage motion. | 0.10 | $20.00 | JIM |
|  | Revised agreed order granting wage motion. | 0.20 | $40.00 | JIM |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

EXHIBIT B-9
Page 3 of 4

|  |  |  |  |  |
|---|---|---|---|---|
|  | Exchanged email correspondence with Trustee and UST regarding revised draft of agreed order granting wage motion. | 0.10 | $20.00 | JIM |
| Feb-09-21 | Exchanged multiple electronic correspondence with Judge's law clerk regarding status of orders granting wage motion and schedules extension motion. | 0.10 | $24.00 | MZ20 |
|  | Total Hours and Fees: | 5.60 | $1,232.00 |  |
|  | **Balance Now Due** |  | **$1,232.00** |  |

**Make payments online: http://www.ASNAlaw.com/payment/**

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

## BILLING SUMMARY

| LAWYER | | HOURS | RATE | TOTAL |
|--------|--|-------|------|-------|
| JIM | James A. Coutinho | 4.30 | $200.00 | 860.00 |
| RS | Richard K. Stovall | 0.40 | $390.00 | 156.00 |
| MZ20 | Matt Zofchak | 0.90 | $0.00 | 216.00 |

Tax ID Number:       20-0108058

**EXHIBIT C1**

**Summary of Fees**

| Billing Category | Fees Incurred During Retention Period |
|---|---|
| Case Administration | $    6,238.04 |
| Hearings, IDI & 341 | $    2,753.00 |
| Professional Retention & Fees | $       198.00 |
| Stay Relief & Adequate Protection | $       652.00 |
| Claims | $    1,834.50 |
| Plan & Disclosure Statement | $    9,738.00 |
| Lease Matters | $    4,093.00 |
| Operating Reports | $    1,697.00 |
| Filing & First Day Matters | $    1,232.00 |
| **Total:** | **$   24,095.50** |

**Summary of Expenses**

| Type of Expense | Amount Incurred During Fee Period |
|---|---|
| Photocopying | $    1,782.91 |
| Postage | $       741.33 |
| Filing Fees | $    1,738.00 |
| Computerized Research | $       112.80 |
| **Total:** | **$    4,385.04** |

**EXHIBIT D**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | : | Case No. 21-50172 | |
| The Gregory Nathan Gould Co., LLC | : | Chapter 11, Subchapter V | |
| | : | | |
| Debtor. | : | Judge C. Kathryn Preston | |

## FIRST AND FINAL FEE APPLICATION FOR ALLEN STOVALL NEUMAN & ASHTON LLP AS ATTORNEYS FOR THE DEBTOR (DOC.  )

This matter is before the Court upon the *First and Final Fee Application for Allen Stovall Neuman & Ashton LLP as Attorneys for the Debtor* (Doc. ___) (the "Application") filed by Allen Stovall Neuman & Ashton LLP ("ASNA") as counsel for The Gregory Nathan Gould Co., LLC, the debtor and debtor in possession (the "Debtor"). Through the Application and pursuant to 11 U.S.C. §§ 330(a) and 503(b), ASNA applies for an award of compensation for fees in the amount of $24,095.50 and reimbursement of expenses in the amount of $4,385.04 for services rendered to the Debtor for the period of January 20, 2021 through January 31, 2022 (the "Retention Period").

The Application was served on the Debtor, the United States Trustee, the subchapter V trustee, and all creditors and parties in interest. The time period for objection to the Application

**EXHIBIT D**

has lapsed and no objection was filed.

Based upon the matters contained in the Application, proper service of the Application having been made, and no objections being filed thereto, the Court finds that the Application is well-taken and it is approved.

It is therefore ORDERED as follows:

1. ASNA is awarded compensation of $24,095.50 for services it provided and $4,385.04 for expenses it incurred on behalf of the Debtor during the Retention Period.

2. The foregoing award is determined to be for actual, necessary costs and expenses of preserving the Debtor's bankruptcy estate and is therefore entitled to priority under 11 U.S.C. § 503(b).

3. The Debtor is authorize to pay the fee and expense award to ASNA in accordance with its confirmed plan.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Richard K. Stovall    (0029978)
James A. Coutinho    (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High St., Suite 1220
Columbus, Ohio 43215
T: (614) 221-8500    F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
*Counsel for the Debtor/Debtor in Possession*

Copies to: Default List Plus Top 20

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 4, 2022, the foregoing *First and Final Fee Application for Allen Stovall Neuman & Ashton LLP as Attorneys for the Debtor* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail addressed to all parties and creditors as set forth on the attached mailing matrix.

Respectfully submitted,

/s/ James A. Coutinho
James A. Coutinho     (0082430)

Label Matrix for local noticing
0648-2
Case 2:21-bk-50172
Southern District of Ohio
Columbus
Mon Apr  4 10:34:48 EDT 2022

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Atash/Funding Zone
279 Lake Street, Unit 2C
Brooklyn, NY 11223-3870

(p)BLUEVINE ANDY SHAW
ATTN BLUEVINE/ANDY SHAW
401 WARREN ST SUITE 300
REDWOOD CITY CA 94063-1578

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL
60197-6492

Celtic Bank Corporation
268 South State Street, Suite 300
Salt Lake City, UT 84111-5314

James A Coutinho
Allen Stovall Neuman & Ashton LLP
17 S. High St., Suite 1220
Columbus, OH 43215-3441

Crestview Financial, LLC
c/o Law Offices of
Steven Zakharyayev
1430 Broadway, Suite 402
New York, NY 10018-3371

Dennis Morrison, Esq.
Lane Alton
Two Miranova Place, Suite 220
Columbus, OH 43215-7050

Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

(p)FUNDBOX  INC
300 MONTGOMERY ST
SUITE 900
SAN FRANCISCO CA 94104-1921

Funding-Zone / Atash
Attn: Keith Tasoren
75 Maiden Ln #203
New York, NY 10038-4810

Green Capital Funding LLC
c/o Max Recovery
Group LLC
55 Broadway, 3rd Floor
New York, NY 10006-3757

Gregory N. Gould
6044 Phar Lap Drive
New Albany, OH 43054-8106

Jennifer Lynn Huber
1600 Dublin Road
Suite 100
Columbus, OH 43215-2871

In Advance / Crestview Financial
1430 Broadway, Suite 402
New York, NY 10018-3371

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Joe Lieberman, Esq.
815 Central Avenue
Lawrence, NY 11559-1310

Jon G. Hanson
c/o The Huntington National Bank
7 Easton Oval EA4W67
Columbus, OH 43219-6010

LG Funding LLC
1218 Union St.
Brooklyn, NY 11225-1512

LG Funding LLC
c/o Gene Rosen's Law Firm
200 Garden City Plaza, Ste. 405
Garden City, NY 11530-3338

LoanMe, Inc.
1900 S. State
College Blvd., Ste. 300
Anaheim, CA 92806

(p)LOANME  LLC
1900 S STATE COLLEGE BLVD
SUITE 300
ANAHEIM CA 92806-6152

Donald W. Mallory
Wood & Lamping
600 Vine Street
Suite 2500
Cincinnati, OH 45202-2491

Max Recovery Group LLC
Attn: Mitchell Baraks
55 Broadway, 3rd Floor
New York, NY 10006-3757

Dennis J Morrison
Park Street Law Group, LLC
612 Park Street, Ste. 300
Columbus, OH 43215-1681

Moving Chiefs, LLC / Unity Funding
2227 65th St., 2nd Fl.
Brooklyn, NY 11204-4001

Ohio Atty General, Collec. Enforcement
Attn:  Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215-3191

Ohio Dept of Taxation
Attn. Bankruptcy Division
P. O. Box 530
Columbus, OH 43266-0030

On Deck Capital, Inc
101 West Colfax Ave., 10th Floor
Denver, CO 80202-5167


On Deck Capital, Inc.
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

On Deck Capital, Inc. - Client Services
4201 Wilson Blvd., Ste. 110-209
Arlington, VA 22203-4417

Ondeck Capital, Inc.
1400 Broadway
New York, NY 10018-5300


Plain Township Board of Trustees
P.O. Box 273
New Albany, OH 43054-0273

Robert D Plumby
61 Fourteenth St
Wheeling, WV 26003-3426

Richard K Stovall
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH 43215-3441


(p)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

The Gregory Nathan Gould Co., LLC
6044 Phar Lap Drive
New Albany, OH 43054-8106

The Huntington National Bank
THE HUNTINGTON NATIONAL BANK
41 S HIGH STREET
COLUMBUS, OH 43215-3406


The Huntington National Bank
c/o Dennis J. Morrison
Two Miranova Place, Suite 200
Columbus, OH 43215-7003

The Huntington National Bank
c/o Dennis J. Morrison, Esq.
Andy Bowers & Associates
612  Park Street, Suite 300
Columbus, OH 43215-1681

The Plain Township Board of Trustees
45A Second Street
New Albany, OH 43054-9784


Unique Funding Solutions
c/o Joe Liberman, Esq.
815 Central Avenue
Lawrence, NY 11559-1310

Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006-3757

WesBanco Ban, Inc.
c/o Michael T. Misich, SVP
2000 W. Henderson Rd., Suite 200
Columbus, OH 43220-2482


WesBanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003-3565

WesBanco Bank, Inc.
1 Bank Plaza
Wheeling, WV 26003-3565

WesBanco Bank, Inc.
c/o Robert D. Plumby, Esq.
61 Fourteenth Street
Wheeling, WV 26003-3426


Matthew M Zofchak
Kegler Brown Hill & Ritter
65 East State Street
Suite 1800
Columbus, OH 43215-4294



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BlueVine Capital
401 Warren St.
Redwood City, CA 94063

Fundbox
300 Montgomery St.
San Francisco, CA 94104

JPMorgan Chase
Bank Cardmember Service
PO Box 15298
Wilmington, DE 19850

(d)JPMorgan Chase Bank
Cardmember Service
PO Box 15298
Wilmington, DE 19850

(d)JPMorgan Chase Bank
PO Box 6294
Carol Stream, IL 60197

LoanMe, Inc.
1900 S. State College Blvd., Ste. 300
Anaheim, CA 92806

Swift Financial, LLC
3505 Silverside Rd.
Wilmington, DE 19810

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL 60197-6492

(d)Crestview Financial, LLC
c/o Law Offices of Steven Zakharyayev
1430 Broadway, Suite 402
New York, NY 10018-3371

(d)Funding-Zone /Atash
Attn: Keith Tasoren
75 Maiden Ln #203
New York, NY 10038-4810

(d)Green Capital Funding LLC
c/o Max Recovery Group LLC
55 Broadway, 3rd Floor
New York, NY 10006-3757

(d)In Advance /Crestview Financial
1430 Broadway, Suite 402
New York, NY 10018-3371

(d)Moving Chiefs, LLC/Unity Funding
2227 65th St., 2nd Fl.
Brooklyn, NY 11204-4001

End of Label Matrix
Mailable recipients    51
Bypassed recipients     6
Total                  57